## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

**Case Number: 8:13-cr-170-T-30MAP**

**DATAVIOUS SCHOMONN ALLEN**

**USM Number: 58413-018**

**Adam Benjamin Allen, FPD**

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers Three, Five, Six, and Seven of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation |
|---|---|
| Three | Failure to work regularly at a lawful occupation in violation of Condition Five of the Standard Conditions of Supervision (Grade C Violation) |
| Five | Failure to permit the probation officer to visit offender at home or elsewhere in violation of Condition Ten of the Standard Conditions of Supervision (Grade C Violation) |
| Six | Failure to make restitution/special assessment in violation of the court's order, which requires the defendant to make payments as follows:  Payments of no less than $200 monthly (Grade C Violation) |
| Seven | Failure to complete Community Service in violation of the Special Condition (Grade C Violation) |

The Court dismisses Violations One, Two, and Four on behalf of Government's request.

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 12, 2015

JAMES S. MOODY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

November ___12___, 2015

Datavious Schornonn Allen
8:13-cr-170-T-30MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINE (9) MONTHS.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __12/30/15__ to __Jes ʌ//U - BʌP⊥1__

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By: _____

Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Datavious Schornann Allen
8:13-cr-170-T-30MAP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of TWELVE (12) MONTHS on the same terms and conditions as his present supervised release.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1. The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

AO 245B (Rev. 4/09) Judgment in a Criminal Case